[No. 12224. Department One. June 16, 1916.]

C. A. GWINN, *Respondent*, v. ANNA D. FORD *et al., Appellants.*[1]

Appeal from a judgment of the superior court for Spokane county, Sullivan, J., entered March 30, 1914, in favor of the plaintiff, upon sustaining a demurrer to the affirmative defenses, in an action on promissory notes, tried to the court. Reversed.

*Mulligan & Bardsley*, for appellants.
*J. N. Pickrell* and *Joseph Rosslow*, for respondent.

ON REHEARING.

PER CURIAM.—This is a companion case to that of *Gwinn v. Ford, ante* p. 498, 158 Pac. 536. For the reasons therein given, the judgment is reversed and the cause remanded.

--- --- --- --- ---

[No. 13229. Department One. June 21, 1916.]

MAUSOLEUM SALES COMPANY, *Appellant*, v. L. H. BREWER *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Grays Harbor county, Sheeks, J., entered April 27, 1915, upon granting a nonsuit, dismissing an action on contract. Affirmed.

*Martin F. Smith*, for appellant.
*Morgan & Brewer*, for respondents.

PER CURIAM.—This case was tried at the same time, and involves the same state of facts, as *Mausoleum Sales Co. v. Morgan, ante* p. 617, 158 Pac. 255, and on the authority of that case is affirmed.

[1]Reported in 158 Pac. 536.
[2]Reported in 158 Pac. 256.